**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:07cv531**

| | |
|---|---|
| **TOMMY OWENS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **PHILIP MORRIS USA, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Certification of ADR Session [Doc. 9], filed August 5, 2008.

The Mediator reports that the case has completely settled. The Court will therefore provide a time within which to file the stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that on or before September 12, 2008, the parties shall file their stipulation of dismissal in this matter.

Martin Reidinger
United States District Judge

Signed: August 12, 2008